# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

April 24, 2025

**By ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:*    *United States v. Christopher Polk*
                  23 Cr. 396 (JGLC)

Dear Judge Clarke:

      I represent Christopher Polk in the above-referenced matter. He resides in the Middle District of Georgia and is currently on pretrial release with conditions, including travel restrictions to the State of Georgia, the Southern and Eastern Districts of New York, and travel to and from New York for court proceedings. I write to respectfully request that Mr. Polk's bail conditions be modified to permit travel to the Northern District of Florida, without prior authorization. Both the government and Pretrial Services consent to this modification.

      Mr. Polk has placed his Georgia home on the market, and a sale is imminent. He would like to search for a new home in the Northern District of Florida. The proposed modification would permit him to do so without multiple, time-sensitive applications to the Court, as he seeks to navigate the fast-paced real estate market. Mr. Polk's Pretrial Officer indicates that he is in compliance with all conditions and has no objection to the proposed modification. Accordingly, it is respectfully requested that the Court modify Mr. Polk's bail conditions to permit travel to the Northern District of Florida, without prior authorization.

      We appreciate the Court's time and attention to this matter.

                                              Respectfully submitted,

                                              Michael D. Bradley
                                              Counsel for Mr. Christopher Polk

cc:     AUSA Georgia Kostopoulos (*via ECF*)
          AUSA Jackie Delligatti (*via ECF*)
          AUSA Peter Davis (*via ECF*)
          AUSA Dana McCann (*via ECF*)