UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-

CHRISTOPHER POLK,

                              Defendant.

------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23-CR-396-3 (JGLC)

**PLEASE TAKE NOTICE** that Gary Farrell, admitted to practice in this Court in December of 1992, will be appearing as retained counsel for the defendant, Christopher Polk.

Dated: April 28, 2025

New York, New York

Gary Farrell
40 Exchange Place, Suite 1800
New York, New York 10005
(212) 822-1434
(C) 646-431-8332
Garyfesq@aol.com